UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:11-M-1029

ORDER - Defendant's motion is ALLOWED for the reasons stated in Defendant's motion.
/s/Robert B. Jones, Jr.
United States Magistrate Judge

UNITED STATES OF AMERICA

v.

MUNG THI BUHRKE

MEMORANDUM

Pursuant to the bench conference held on May 10, 2013, undersigned counsel for the defendant requests the Court to amend its Order entered in this matter on May 20, 2013, based on the following:

1. On May 10, 2013, defendant's counsel moved to continue the trial date in this matter from June 12, 2013, to the current trial date of June 18, 2013, to allow additional time to meet with the defendant in preparation for trial, and requested the court to exclude the additional time from the speedy trial computation. This motion was made in good faith and not for purposes of delay and the ends of justice served by granting the motion outweighed the best interests of the Defendant and the public in a speedy trial, as set forth in 18 U.S.C. § 3161(h)(7)(A).

2. The Order entered by the Court on May 20, 2013, does not reflect that the seven (7) days from June 12, 2013 through June 18, 2013, is excluded from the speedy trial computation.