PS-8
8/88

# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Mung Thi Buhrke  Docket No. 7:11-MJ-1029-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Djoni B. Barrett, probation officer of the court, presenting an official report upon the conduct of defendant, Mung Thi Buhrke, who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the Court at Wilmington, NC, on the 3rd day of April, 2013, under the following conditions:

- Report to the probation office or supervising officer as directed.

- Abide by the following restrictions on personal association, place of abode, or travel: Eastern District of North Carolina.

- Refrain from any use of alcohol.

- Not operate a motor vehicle until privilege is restored by law.

- Notify attorney of any change in address of phone number.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Immediately following her court appearance on April 3, 2013, the defendant met with a probation officer to review the conditions of release. At that time, the defendant acknowledged that she had been placed on bond supervision and would be required to maintain regular contact with a probation officer.

Subsequent to April 3, 2013, the probation officer made several attempts to contact the defendant. On April 23, 2013, during an unannounced visit to her home in Jacksonville, North Carolina, contact was established with the defendant. The probation officer reviewed the conditions of release once again and instructed the defendant to call the probation officer every Monday. The defendant failed to call the probation officer as instructed on May 13, 2013, May 27, 2013, June 3, 2013, and June 10, 2013.

**PRAYING THAT THE COURT WILL ORDER** that the defendant be summoned to Court and a hearing held to determine if her bond should be revoked.

Mung Thi Buhrke
Docket No. 7:11-MJ-1029-1
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dwayne K. Benfield | /s/Djoni B. Barrett |
| Dwayne K. Benfield | Djoni B. Barrett |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 200 Williamsburg Pkwy, Unit 2 |
| | Jacksonville, NC 28546-6762 |
| | Phone: 910-347-9038 |
| | Executed On: June 17, 2013 |

### ORDER OF COURT

Considered and ordered this 17th day of June, 2013, and ordered filed and made a part of the records in the above case.

Robert B. Jones, Jr.
U.S. Magistrate Judge